IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LEE COOPER,

      Petitioner,                    No. CIV S-10-1185 FCD DAD

   vs.

RANDY GROUNDS,

      Respondent.              <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se. On January 12, 2011, the court granted respondent's motion to dismiss petitioner's application for a writ of habeas corpus as barred by the applicable statute of limitations. The court entered judgment on the same day. On February 23, 2011, petitioner filed a "motion for immediate enforcement of civil judgment." Therein, petitioner appears to complain about conditions of his confinement, specifically the alleged destruction of his property. Petitioner is advised that this habeas corpus action is closed. Documents filed by petitioner since the closing date of this action will be disregarded and no orders will issue in response to future filings. If petitioner wishes to bring a civil action against the individuals who allegedly destroyed his property, he may elect to file a civil rights complaint pursuant to 42 U.S.C. § 1983.

/////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Petitioner's motion for immediate enforcement of civil judgment (Doc. No. 19)

3 will be disregarded; and

4       2.  The Clerk of the Court is directed to send petitioner the court's form for filing

5 a civil rights action.

6 DATED: March 5, 2011.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10 DAD:9
coop1185.158